## First Department, May Term, 1886.

Lewis B. Crane, Respondent, v. Thomas Evans and another, Appellants.—Judgment affirmed, with costs. Opinion by Daniels, J.

Annie Fesselmayer, Respondent, v. The Third Avenue Railway Company, Appellant.— Judgment affirmed. Opinion by Brady, J.

Ruth A. Hoopes, Respondent, v. Austin Corbin and others, Appellants.—Judgment affirmed, with leave to defendant to answer on payment of costs. Opinion by Brady, J.

David Levy and another, Respondents, v. Robert Solomon, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The New York, Lake Erie and Western Railway Company v. George W. Carhart and another.— Judgment modified as directed and affirmed as modified, without costs. Opinion by Daniels, J.

Henry Fulmer, Respondent, v. William P. Abendroth, Appellant, Impleaded, etc. — Judgment affirmed, with costs. Opinion by Brady, J

In the Matter of ' Edward J. King. — Order affirmed, without costs. Opinion by Brady, J.

The People of the State of New York ex rel. Henry Colton, Appellant, v. Charles B. Ransom and another, Respondents. — Judgment affirmed. Opinion by Daniels, J.

Peter H. Walsh and others, Respondents, v. Seager Brothers (Limited), Appellants.— Order affirmed, without costs. Opinion by Brady, J.

In the Matter of Benjamin Knower, as Executor, etc.— Decree modified as directed in opinion. Opinion by Brady, J.

The Corn Exchange Bank, Respondent v. Alphonzo W. Blye, as Receiver, etc., Appellant.— Judgment affirmed. Opinion by Brady, J.

In the Matter of Bradish Johnson —Order modified as directed in opinion, without costs to either party. Opinion by Brady, J.

Hong Kong Banking Company, Appellant, v. William B. Cooper, Jr., and another, Respondents.— Judgment affirmed, with costs. Opinion by Brady, J.

Campbell Printing Press and Manufacturing Company, Respondent, v. Stillman R. Walker, Appellant.— Judgment affirmed. Opinion by Brady, J.

Horace B. Claflin and others, Respondents, v. William B. Boorum, Appellant.—Judgment affirmed.— Opinion by Brady, J.

John H. Bonn, Respondent, v. Ernest Steiger, Appellant. —Judgment affirmed, with costs. Opinion by Daniels, J.

Frederick Bill, Respondent, v. James D. Fish, Appellant.—Judgment affirmed, with costs. Opinion by Daniels, J.

The Easton National Bank, Appellant, v. James E. Hulshizer and others, Respondents.— Judgment affirmed, with costs. Opinion by Daniels, J

Simon Bache and another, Appellants, v. Theodore E. Tomlinson, Jr., Respondent.— Judgment affirmed, without costs. Opinion by Daniels, J.

Christian T. Christensen v. Gardner R. Colby.— Motion for reargument denied. Opinion by Brady, J.

Kate Hogan, Administratrix, etc., Appellant, v. David Henderson and others, Respondents.— Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

In the Matter of Charles Denison.— Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Charles S. Turner, Respondent, v. The Midland Railway Company of New Jersey, Appellant.— Judgment affirmed, with costs. Opinion by Brady, J.

George L. Rose and others, Appellants, v. Frank E. Dietsch, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Walter Weston and another, Respondents, v. James R. Watts, Appellant. — Order reversed, with costs to abide event. Opinion by Brady, J.

Alfred M. Beadleston, Appellant, v. Mary E. Beadleston, Respondent. — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by Brady, J.

Susan Barton, Appellant, v. Horace W. Barton, Respondent. — Order affirmed, without costs. Opinion *Per Curiam.*

Michael J. Collins, Appellant, v. Thomas Manning, Respondent. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Same v. Same. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Daniels, J.

Thomas Jones and others, Respondents, v. Alfred M. Sparks, Appellant. — Judgment affirmed. Opinion by Brady, J.

Henry M. Isaacson, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment affirmed.

James Dunne, Respondent, v. Agassiz Consolidated Mining Company, Appellant.—Judgment affirmed, with costs.

The Mayor, etc., of the City of New York, Respondent, v. Jonas Sonneborn, Appellant. — Judgment affirmed, with costs.

Amy Henderson, Appellant, v. Kate M. Rockwell, Respondent. — Order affirmed, with ten dollars costs and disbursements.

William B. Putney, as Assignee, etc., Respondent, v. Alexander G. Tyng, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

William B. Putney, as Assignee, etc., Respondent, v. Alexander G. Tyng, Appellant. — Order affirmed, without costs. Opinion *Per Curiam.*

James P. Saverios, Respondent, v. David Levy, Appellant. — Order reversed and motion denied upon execution by defendants of the undertaking mentioned in opinion, and if that be not given order affirmed, costs to abide event. Opinion by Daniels, J.

Adam Cambeis, as Administrator, etc., Appellant, v. Richard H. McDonald, Respondent. — Order striking out portions of complaint reversed, with ten dollars costs and disbursements, and motion denied, with costs. Opinion by Daniels, J.

Same v. Same. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

The Easton National Bank, Respondent, v. James E Hulshizer, Appellant, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

Charlotte B. Wilbour, Plaintiff, v. Trow's Printing and Bookbinding Company, Defendant — Judgment ordered for plaintiff, without costs. Opinion by Daniels, J.

In the Matter of Cecelia L. Booth. —Motion denied, with costs. (See Mem.)

In the Matter of John Swenarton. —Motion denied.

Sarah A. Mason v. Adelaide E. Mason. —Motion denied.

Isabella T. Myers, Appellant, v. Bank of Portsmouth, Respondent.—Motion denied, with costs. Opinion by Daniels, J.

John L. Myers v. Charles M. Raymond. —Motion denied.

Henry Bergh, Appellant, v. The Mayor, etc., of the City of New York, Respondent, and Matthew Baird, Appellant.—Orders affirmed, without costs. Opinion by Daniels, J.